**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-CV-02187

ANDRU KULAS,

    Plaintiff,

v.

CITY OF FORT COLLINS,
KEVIN PARK, Fort Collins Police Officer, in his individual capacity, and
AVERY HANZLICEK, Fort Collins Police Officer, in his individual capacity,

    Defendants.

---

**PLAINTIFF'S NOTICE OF CONVENTIONALLY SUBMITTED EXHIBITS TO PLAINTIFF'S COMPLAINT AND JURY DEMAND**

---

Plaintiff Andru Kulas, by and through the undersigned counsel hereby submits this *Notice of Conventionally Submitted Exhibits to Plaintiff's Complaint and Jury Demand,* stating as follows:

1. The following have been conventionally submitted:

   a. Ex. 1 – Kevin Park body worn camera

   b. Ex. 2 – Avery Hanzlicek body worn camera

Dated this 27th day of August, 2023.

                                                   THE LIFE & LIBERTY LAW OFFICE

                                                 */s/ Sarah Schielke*
                                                 Sarah Schielke
                                                 Counsel for Plaintiffs
                                                 The Life & Liberty Law Office LLC
                                                 1209 Cleveland Avenue
                                                 Loveland, CO 80537
                                                 P: (970) 493-1980

F: (970) 797-4008
E: sarah@lifeandlibertylaw.com

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on the August 27, 2023, a true and accurate copy of the foregoing Conventionally Submitted Exhibits to Plaintiff's Complaint and Jury Demand alone with a CD containing copies of the video exhibits described herein have been sent to all named Defendants via U.S. Mail along with service of the Complaint, Summons and other associated case-initiated documents.

*/s/ Sarah Schielke*

2