

### *FORT COLLINS POLICE SERVICES*
### *INVESTIGATIVE SUMMARY AND FINDINGS*
### *PSU 2021-043*

## SUMMARY OF INQUIRY

On August 29, 2021, Mr. ███ ███ was contacted in Old Town as a suspect in a trespass case. Upon contact officers attempted to serve a citation to Mr. ███ and he refused to accept it. Officer Kevin Park confronted Mr. ███ and attempted to serve the citation by handing it to him. Mr. ███ backed away from Officer Park and brushed off Officer Parks attempts to hand him the citation. As Mr. ███ brushed off Officer Park and attempted to walk away, Officer Park grabbed onto Mr. ███ by his jacket and spun him around. Mr. ███ continued to attempt to walk away and was backed into a wall. Mr. ███ was taken to the ground where he began to resist attempts to take him into custody. Officer Park then applied OC spray to Mr. ███ face. Mr. ███ was taken into custody and charged with 3rd Degree Criminal Trespass (PO1), Obstructing a Peace Officer (M2) and Resisting Arrest (M2). A formal complaint was filed by the Haltzman Law firm on behalf of Mr. ███ and alleged Excessive Force by Officer Kevin Park.

## INVESTIGATION

The administrative investigation involved the below steps:

1. Complaint Intake
2. CAD Review
3. Report Review
   a. Officer ███ report
   b. Officer ███ report
   c. Corporal ███ report
   d. Officer Kevin Park report
   e. Officer ███ report
   f. Officer ███ report
   g. Officer ███ report
   h. Sergeant ███ report
4. Body Worn Camera Review
   a. Officer ███ body worn camera
   b. Officer ███ body worn camera
   c. Officer Kevin Park body worn camera
5. Witness Interviews
   a. Officer ███ interview / 2nd interview
   b. Officer ███ interview
   c. Lieutenant ███ interview
6. Subject Interview
   a. Officer Kevin Park interview
7. Summary and Findings

Revised XXXXXX



## COMPLAINT INTAKE

On Monday October 25, 2021, Internal Affairs received an e-mail from Attorney ███ ███ on behalf of Mr. ████. The e-mail contained a completed complaint form and a letter from the Haltzman Law firm stating that the letter was to serve as a formal complaint against the Fort Collins Police Department on behalf of Mr. ███ ██. The letter described an incident between Mr. ███ and Officer Kevin Park that occurred on August 29th, 2021. At the same time this e-mail was received a second e-mail for the same incident was received from Attorney ████ ████ also on behalf of Mr. ███ that was titled: Excessive Force Complaint Re: FCPD Officer Park. The second e-mail contained screen shots of the interaction between Officer Park and Mr. ███ The complaint described that Mr. ███ was contacted in Old Town on an allegation of petty offense trespass and was written a citation. Mr. ███ refused to accept the citation and was told he could have a warrant issued for his arrest. Officer Park attempted to hand Mr. ███ his copy of the citation and Mr. ███ refused to accept it and backed away from Officer Park. Officer Park continued to attempt to give Mr. ███ the citation and grabbed Mr. ███ by his jacket spinning him around, eventually Mr. ███ was taken down to the ground. Once on the ground Mr. ███ resisted officers and Officer Park applied OC to Mr. ███ face and eyes. According to the allegation this is done with zero provocation from Mr. ███

I offered to speak with Mr. ███ in a phone interview. I sent the request to Mr. ███ who stated he was going to be the point of contact for the investigation. A time was set to conduct a phone interview on November 3, 2021, at 1 pm in the afternoon.

I called and was told that Mr. ███ had decided to not participate in the interview, and I informed them that it was not required, and that speaking with him was just a way that I could ensure that I addressed every concern he had in the investigation. I spoke with ███ ███ ███ and a female attorney that was also present. I recorded the conversation that occurred. I told Mr. ███ that I was planning to ask Mr. ███ if he felt that the officers he was in contact with had ever attempted to explain what he was receiving a citation for, and why he was being charged. Mr. ███ ██ stated that Mr. ███ felt that it was not explained to him. I did also ask if Mr. ███ had any injuries that he was dealing with, and I was told that Mr. ███ had ████████ but was dealing with some ████████████ that stemmed from the incident. I then answered several questions regarding the timeline they could expect for the investigation and stated that I would be in touch if there were any extensions or issues. I ensured that Mr. ███ had my phone number and told him to call if he had any questions.

## CAD REVIEW

The call for service was created at 1:40 am on August 29, 2021, as a Trespass in Progress with a level 2 priority – urgent. The location listed was Brothers Bar and Grill at



147 S. College Ave. The call stated that a group of guys were jumping onto private property from the top of the buildings, and that they had just scaled up the building and ran off. The informant was listed as the manager at the bar. The call notes stated that the suspects were walking near Walrus, and they were described as wearing black tops, one in jeans and one person in khakis. Further description stated that there was a female with the males that was wearing a short blue prom dress, and that they were about to walk out of the alley near Walrus.

Officers ███ and ████████ were dispatched to the call at 1:41 am and contacted the suspects on the southeast corner of Mountain and College Ave at 1:44 am.

According to the CAD notes, officers ran a records check through dispatch on ████████ ██████ and ██████ ██████

Officer Park was added to the call at 1:52 am.

At 1:58 am, Officer ████ told dispatch that there was one resisting. Several other officers responded to assist.

At 2:00 am Officer ████████ informed dispatch that they had one in custody.

At 2:01 am Sergeant ████████ stated that they had two in custody and that they had one with OC exposure, at 2:06 am he updated that they had two patients.

The ambulance and fire crew arrived on scene at 2:06am.

At 2:30 am Officer ████████ transported Mr. ██████ to the Larimer County Detention Center. He arrived there at 2:38 am.

## **REPORT REVIEW**

This incident was documented in Fort Collins Case Number 21-10734.

**Officer ████████ ████ Report**:

Officer ████ completed the original report for this case. Officer ████ documented in the report that he was dispatched to the report of a trespass at Brother's Bar, located at 147 S. College Ave. Officer ████ documented that dispatch had advised that a group of males accompanied by a female wearing a short blue prom dress were trespassing on the rooftops on the block.

An informant had followed the suspects and flagged down officers when they arrived. The informant, Mr. ████████ pointed out the suspects at the gyro stand across the street and Officer ████ approached one male while Officer ██████████ approached the other. Officer ████ identified the male he had contacted as ████████████



███ and attempted to speak with him about the incident. Officer ███ made note in his report that ███ appeared intoxicated.

Officer ███ explained to ███ that he was being questioned regarding a trespassing incident. Officer ███ also noted in his report that ███ was argumentative throughout the contact. Officer ███ spoke with the informant on the phone briefly to finish getting details about the case and then advised Officer ███ to cite the male he was in contact with, Mr. ███ with Third Degree Trespassing.

Officer ███ documented completing the citation and speaking with ███ and then documented in his report that he turned around and saw Officer Park going hands-on with Mr. ███ According to Officer ███ report he observed Officer Park grabbing on to Mr. ███ right arm and that Mr. ███ was pulling away from Officer Park. Officer ███ then documented that he began to engage Mr. ███ in a twist lock and that Mr. ███ fell to the ground as Officer ███ went hands on with him. Officer ███ stated that Mr. ███ landed on his side, and that Officers Park and ███ followed Mr. ███ to the ground and worked to place him into handcuffs. Officer ███ documented that Mr. ███ was resisting and that he heard Officer Park give a use of force warning for OC Spray. Officer ███ turned his face away as the OC was applied to Mr. ███ Officer ███ documented in his report that Mr. ███ was taken to jail by Officer ███

Officer ███ completed a supplement report for this case later that documented his follow-up in obtaining video of the suspect in the trespass case.

**Officer ███ ███ Report:**

Officer ███ completed a supplement report for this case. Officer ███ documented in his report that he was working patrol and was dispatched to a trespass in progress at 147 S. College Ave. The information in the call stated that there were two males jumping onto private property from the top of buildings. The informant in the case would point out the suspects to police at the intersection of E. Mountain Ave. and S College Ave. Officer ███ wrote that he was walking with Officer ███ and he heard the informant tell Officer ███ that the suspect were wearing sports jackets. As they went to contact the two suspects, Officer ███ stated that he contacted Mr. ███ Officer ███ documented attempting to speak with Mr. ███ about the incident at Brothers Bar. Officer ███ asked for Mr. ███ identification and asked Mr. ███ to move away from a larger group of people.

Officer ███ documented that he was told by Officer ███ that there was probable cause to charge Mr. ███ with Third Degree Trespass and Officer ███ began writing the summons. Officer ███ put in his report that while he was writing the summons that Mr. ███ walked up to him and had to be asked by Officer Park to step back. Officer ███ completed the summons, and he began to advise Mr. ███ of the charges. Officer ███ wrote in his report that Mr. ███ was verbally upset that he was receiving the citation. Officer ███ documented that he attempted to explain the citation to him, and that Mr. ███ stated he wouldn't sign

4



anything. Officer ██████ described informing Mr. ████ that he didn't have to sign anything, and that Mr. ████ stated that Officer ██████ could keep his identification card and he would get it next week. Officer ██████ then wrote that he told Mr. ████ that he was going to give him his copy and that Mr. ████ stated he was not going to take it.

Officer ██████ then wrote that Officer Park advised Mr. ████ that the summons was still going to be turned in, and if he did not show up for court there would be a warrant issued for his arrest. According to Officer ██████ Officer Park grabbed Mr. ████ copy of the citation and attempted to hand it to Mr. ████ Mr. ████ put his hands in the air and began walking backward. Officer ██████ wrote that Mr. ████ continued to step backward away from Officer Park until he made contact with the wall behind him. Officer ██████ stated in his report that he observed Mr. ████ push Officer Parks hand away and attempt to walk away from him. Officer ██████ observed Officer Park grab onto Mr. ████ jacket and that Mr. ████ attempted to pull away. Officer ██████ then put in his report that they all went to the ground and Officer ██████ grabbed Mr. ████ left arm. Mr. ████ continued to tense up his arm and tried to pull his arm under his body according to Officer ██████

Officer ██████ described that Mr. ████ continued to resist on the ground and swore at officers and threatened physical harm. According to Officer ██████ Mr. ████ was able to rotate his body until he was lying on his back facing officers. Officer ██████ heard Officer Park give a use of force warning and then observed the application of the OC Spray to Mr. ████ eyes and nose area. Officer ██████ put in his report that Mr. ████ continued to pull his arm away and that Sergeant ██████ arrived to help place Mr. ████ into handcuffs.

Officer ██████ documented that medical came for decontamination of Mr. ████ and that he transported Mr. ████ to the Larimer County Detention Center.

**Corporal ██████ ██ report:**

Corporal ██████ ██ completed a supplemental report for this case. Cpl. ████ stated in her report that she assisted officers after the male they tried to issue a summons to was uncooperative. Cpl. ████ also noted that she stood by as cover and assisted officers while paramedics cleaned Mr. ████ face.

Cpl. ████ documented that she was informed by Officer Park that he was trying to issue a trespassing summons to Mr. ████ and he refused to take it. Mr. ████ became uncooperative and physically combative when officers grabbed him to place him under arrest. Mr. ████ fell into the building and officers lowered him to the ground where he continued to physically resist officers. Officer Park had applied OC to Mr. ████ after he was told to stop resisting and was warned about use of force.

Cpl. ████ also wrote that she viewed the body camera video footage from the officers on scene and read all police reports. Cpl. ████ stated that she also reviewed the blue team (EIS) entry from Officer Park applying OC.



**Officer Kevin Park report:**

Officer Kevin Park also completed a supplement report for this case. According to Officer Park he assisted in contacting the suspects involved in the trespass case at the corner of Mountain and College Ave. Officer Park stated he arrived to assist and helped Officer ████ as he was writing a summons and needed a cover officer. In his report Officer Park stated that while Officer ████ was writing the summons a male, identified as ████ ████ walked over to him and asked if Officer Park could help him. Officer Park stated that as soon as Officer ████ was finished with what he was doing he would assist him. Officer Park asked Mr. ████ to step back, and Mr. ████ refused. Officer Park put in the report that Mr. ████ was demanding that his issue be dealt with. According to Officer Park, Mr. ████ continued to close the distance between himself and Officer Park, and Officer Park had to ask him several times to step back. According to Officer Park, Mr. ████ continued to engage officers, telling them that he pays taxes and that he is a business owner so officers should do something for him right now. According to Officer Park, Mr. ████ continued to become more agitated and verbally combative with officers.

Officer Park then documented that Officer ████ finished writing the summons for Mr. ████ and began to explain it to him. According to Officer Park Mr. ████ appeared to stop listening and declined to take or sign anything. Officer Park put in his report that he explained to Mr. ████ that even if he didn't take the summons, it would still be turned in and he would have a court date, and if he didn't show up for court, he would have a warrant for his arrest.

Officer Park put in his report that Mr. ████ started to step away from officers and refused to accept that he was being charged. Officer Park then attempted to hand Mr. ████ a copy of the summons and Mr. ████ backed away from him. Officer Park wrote that he attempted a second time and Mr. ████ appeared to attempt to run away. Officer Park's report stated that he grabbed Mr. ████ by the arm to take control of him and he immediately started to fight.

According to Officer Park, Mr. ████ pushed back into him, and they fell back into the wall of the bank at 100 S. College. Officer Park detailed in his report that he gave Mr. ████ commands to stop resisting and that Mr. ████ continued to pull away. Officer Park wrote that other officers assisted as Mr. ████ and Officer Park fell to the ground.

Officer Park continued to detail how Mr. ████ was given multiple commands to stop resisting and refused. Officer Park stated that Mr. ████ was able to maneuver onto his back and that he gave use of force warnings that if Mr. ████ didn't comply that force would be used against him. Officer Park stated that he held his OC (Oleoresin Capsicum) spray up so that Mr. ████ could see it. Officer Park applied OC to Mr. ████ which was effective, according to his report. Officer Park then documented that medical was called to the scene to assist.



**Officer ███████. ███████ report:**

Officer ██████ completed a supplemental report for this case. Officer ████████ responded to the scene after hearing Officer ████ on the radio airing that a male was resisting arrest. When Officer ███████ arrived, other Officers were already taking Mr. ██████ into custody. Officer ██████ assisted with the other male suspect, Mr. ██████ on the scene. Nothing further relevant to this investigation.

**Officer ████████. ████ report:**

Officer ████ completed a supplemental report for this case. Officer ██████ responded after officers aired that they were dealing with an individual who was resisting arrest. When Officer ██████ arrived, he assisted in detaining the other male involved, Mr. █████.

**Officer ██████. █████ report:**

Officer █████ completed a supplemental report for this case. Officer ████████ arrived to assist after officers stated they had one resisting arrest. Officer █████ assisted by calling medical for a female that had been exposed to the OC spray that was applied to Mr. ██████.

**Sergeant █████. ██████ report:**

Sergeant █████ ████████ completed a supplemental report for this case. Sgt. ████████ responded to assist after Officer ████ radioed that they had a male resisting arrest. Sgt. ████████ stated that when he arrived officers were still attempting to place Mr. ██████ into handcuffs. Sgt. ████████ assisted in getting Mr. ██████ into handcuffs, and then requested an ambulance once Mr. █████ was sat up and searched. Sgt. ███████ also documented assisting a female that had been exposed to the OC Spray that was applied.

## BODY CAMERA REVIEW

Internal Affairs reviewed only the Body Camera footage of the officers that were present during the initial incident and use of force.

**Officer ████████. Body Camera:**

Officer █████ body camera starts as he is approaching a group of people at the gyro stand near the First Bank at Mountain and College. Officer █████ contacted a male standing near the food cart wearing a black sport coat and he asked the male for identification. The male sounded intoxicated based on his speech pattern. The male told Officer █████ that he did not have his identification, and Officer █████ asked him how he



got into the bars without it. After the male was handed his two sandwiches at the cart Officer ███ directed the male, later identified as Mr. ███████ to step away from the group of people and closer to the bank. Officer ███ attempted to explain that he needed to talk to him about a trespass.

Officer ███ began talking with Mr. ████ and asked him his name and identifying information. Officer ███ and Mr. █████ talked about where Mr. ████ was at tonight and his potential involvement in the trespass case. Mr. ████ was told by Officer ███ that he was being detained and to hang out while he continued the investigation.

Officer ███ then used his phone and made a phone call. The conversation that Officer ███ had on the phone is hard to understand due to music and loud background noise. While Officer ███ in on the phone, the Mr. ████ walks away back towards the Gyro stand. Officer █████ ended the phone call and then re-approached Mr. ████ to speak with him. Officer ███ talked with Officer █████ and they discussed citing the two males with Third degree trespassing. Officer Park provided his citation book to Officer ████ Officer ███ continued to work with Mr. ████ and began writing a citation. While Officer █████ was working on writing a citation, a female in a blue dress, later identified as █████ talked with Mr. ████ and made statements about the female being assaulted and that they were chasing after the male that was attacking the female. After several minutes, Mr. ████ could be heard stating, "hey, hey, hey," and he looked to his right. Officer ███ turned quickly, and you can see Mr. █████ off balance and Officer Park in the background.

Officer Park had his right hand on the front right jacket of Mr. ████ and Officer Park maintained his grip on the jacket as Mr. ████ had both hands in the air. Mr. ████ attempted to retreat away from Officer Park by walking backwards away from Officer Park and stated, "Are you serious right now." Mr. ████ put his right hand across Officer Park's forearm as they stepped backward. Officer ████ was walking forward facing both of them. Officer ███ followed as Officer Park and Mr. ████ walked backward with Mr. ████ backing into the building. Mr. ████ fell backward into the wall of the bank but one can see that Officer Park had his right hand still holding the jacket and his left hand behind Mr. ████ neck. Mr. ████ moved forward quickly towards the ground and away from Officer ████ Officer █████ was then closer to Mr. ████ Officer ███ ended up near Mr. ████ feet and legs.

Officer ███ looked up and you could see that Mr. ████ and Ms. ████ have followed the officers while they were engaged with Mr. ████ and were now standing close by. Officer ███ made certain that they stayed back. Ms. ████ moved forward while officers are engaged on the ground with Mr. ████ and stated, "████ stop."

In the video, Officer Park is heard telling Mr. ████ to stop resisting. Officer ████ re-engaged when Mr. ████ began struggling on the ground, and Officer ████ moved to help control Mr. ████ legs. As Officer ████ was working to grab Mr. ████ legs, Officer Park stated, "OC." Officer ████ then moved to assist with controlling an arm of Mr. ████ as he had rolled onto his back, facing officers.



Several warnings were given, and you can see the OC application to Mr. █████. While the warning was being given you can see the OC spray in Officer Parks hand, and he is holding it away from Mr. █████ face at least a foot to two feet away. When Officer Park applied the OC spray, he closed that distance and applied the OC from what appeared to be only inches from Mr. █████ face.

Once the OC was applied, Officer █████ moved back to assist in controlling Mr. █████ feet until he was secured in handcuffs. Officer █████ asked an officer to put gloves on and then stepped back and put gloves on.

Officer █████ then talked to other officers on scene about what needed to be completed for Mr. █████ since he has been detained in handcuffs. Officer █████ stood by while Officer █████ placed Mr. █████ in his patrol car.

Officer █████ muted his camera and had a conversation with other officers and Corporal █████ and then sat in Officer █████ patrol car to complete the summons for Mr. █████. Officer █████ drove to the downtown D1 office with Officer █████. Officer █████ camera captured them arriving at the D1 office to complete paperwork for Mr. █████. You can hear conversation between Mr. █████ and Officer █████ while Officer █████ completed the paperwork. Once the citation was completed Officer █████ assisted in issuing the citation to Mr. █████. Mr. █████ was then released.

**Officer █████. █████ body camera:**

Officer █████ body camera footage started as he was following Officer █████ across the street at Mountain and College Ave. The video showed Officer █████ contact Mr. █████ at the gyro cart. Mr. █████ was handed two sandwiches at the cart and turned and handed one to Mr. █████. Officer █████ had a conversation with Mr. █████ and all that can be heard is Mr. █████ asking what is going on. The background noise covered other conversation.

Officer █████ attempted to direct Mr. █████ away from the crowd and reached up and grabbed Mr. █████ right arm above his elbow. Mr. █████ immediately turned and stated, "you don't touch me."

Officer █████ attempted to talk to Mr. █████ further, but the audio is unclear. The video showed Mr. █████ standing in front of Officer █████ and Mr. █████ repeatedly stated, "you touched me."

Mr. █████ asked what was going on, and Officer █████ can be heard explaining that he was there to investigate Mr. █████ possible involvement in a trespassing case from Brothers Bar. Officer █████ asked Mr. █████ if he had any identification on him, Mr. █████ stated that he did have I.D. and Officer █████ asked if he could see it. Mr. █████ stated, "no."



Mr. ▇ continued to be argumentative with Officer ▇ refusing to leave and move where Officer ▇ directed him, but instead wanted to move to a different location. Officer ▇ agreed, and they moved away from the crowd. After more conversation Mr. ▇ provided his I.D. to Officer ▇

Officer ▇ explained again why he was talking to Mr. ▇ and explained what the informant had reported, and that Mr. ▇ matched the description given of the person that was trespassing.

Mr. ▇ and Officer ▇ talked about the trespass case, and disturbance that Mr. ▇ stated he witnessed. Officer ▇ directed Mr. ▇ to walk back closer to where Officer ▇ is talking with Mr. ▇ and Ms. ▇

Officer Park arrived on scene and Officer ▇ asked if he had a ticket book. Officer Park pulled out a ticket book and handed it to Officer ▇ Officer ▇ moved away from the crowd with Officer Park to work on writing a summons. As Officer ▇ began working on the ticket you can hear Mr. ▇ talk to Officer Park, and Officer Park responded with can you just give us a second. Mr. ▇ then stated, "yeah but he is helping them." Officer Park then stated, "I will help you as soon as we are done." Mr. ▇ then asked, "what is going on."

There is further conversation that can be heard on Officer ▇ body worn camera but due to background noise was difficult to understand. One can hear Mr. ▇ make the statement, "you could be respectful." Officer Park responded with something that sounded like I will talk with you when we are done and Mr. ▇ then stated, "help me out dude." Officer Park then stated that he was not there for Mr. ▇ he was there for Officer ▇

Mr. ▇ continued to talk and attempt to engage Officer Park. Officer Park then moved away from Mr. ▇ and turned his back to him, not responding any further to Mr. ▇ questions. Mr. ▇ continued to attempt to engage Officer Park verbally, and Officer Park pulled out his cellphone and looked at it.

Mr. ▇ continued to attempt to speak with Officer Park but became more belligerent in his tone and what he was saying. At one point Mr. ▇ stated that he paid his taxes, owned his own business, and does what he can for the fucking community. Officer Park continued to stand facing Officer ▇ and did not engage Mr. ▇

Mr. ▇ continued to get more belligerent, and made the statement, "and you looked away from me, cause you have no fucking balls." Mr. ▇ continued to attempt to engage Officer Park and made further rude statements. Officer Park continued to ignore the comments made by Mr. ▇ and did not engage with him.

As Mr. ▇ continued to attempt to talk to Officer Park, Officer Park told Mr. ▇ that if he continued to encroach on Officer ▇ space that he was going to get a ticket. Mr. ▇ immediately took a few steps away from the officers.



Mr. ███ continued to talk and appeared to be more animated and upset. Officer ███████ continued to write the citation and asked Mr. ████ for his phone number. Mr. ███ stated that he would not give his phone number. Mr. ████ continued to talk about the female that they were with being assaulted sometime during the night and he mentioned it several times while trying to interact with Officer Park.

As Officer ██████ finished the citation he addressed Mr. ████ and stated, "so based on what the informant told us you are getting a citation for third degree trespass." Mr. ████ became upset and began to argue about receiving the citation. Mr. ████ asked what it is for, and Officer ████████ stated that he was going to explain it to him. Mr. ████ stated that he wasn't going to sign anything, and Officer ████████ stated that he didn't have to sign it.

Mr. ████ backed away from the officers and made a statement about getting his Identification next week, and that he isn't signing anything. Officer Park told Mr. ████ that if he didn't take the citation that it would still be turned in, and when he didn't show up for court that a warrant would be issued for his arrest.

Mr. ████ walked forward and approached both officers and made a statement that he will make it to court because he has a client that is an attorney. While Mr. ████ was talking, Officer Park reached over and took the pink copy of the ticket off Officer ████████ ticket book and attempted to place it in Mr. ████ jacket pocket. Mr. ████ responded by backing away from the attempt and stated, "no."

Mr. ████ continued to back up as Officer Park approached him with his right arm outstretched holding the copy of the citation. Mr. ████ had both hands up and away from his body. Mr. ████ took approximately six steps backwards before he physically ran into the 1st Bank building. Officer Park followed Mr. ████ holding the citation out and in contact with Mr. ████ chest.

Mr. ████ turned to his left to get away from Officer Park and raised his right arm up and contacted Officer Parks outstretched arm with the ticket in it. As Mr. ████ turned away Officer Park grabbed Mr. ████ by his jacket and pulled down and back the other direction, spinning Mr. ████ around. Mr. ████ lost his balance and almost fell to the ground putting his hands out in front of him.

Mr. ████ regained his balance and Officer Park still had a hold of his jacket as he was attempting to back away from Officer Park. Mr. ████ moved again towards the 1st Bank building, and it is difficult to see what caused the sudden movement.

In the video you can then see Officer Park to the right side of Mr. ████ and Officer ███ attempting to gain control of Mr. ████ left arm. As Mr. ████ went to the ground in a sudden movement, you can see that Officer Park had one hand on Mr. ████ neck. Mr. ████ had his right arm out when he hit the ground and a hand can be seen on top of his head and it appeared as if he hit his head on the sidewalk.



Officers ▬▬▬ and Park then attempted to gain control of Mr. ▬▬ arms and place him in handcuffs. Mr. ▬▬ struggled with them pulling his arms in front of his body and twisting his body onto his back.

While Mr. ▬▬ is on his back you can see that Officer Park had his right hand holding onto the top of Mr. ▬▬ jacket and his forearm is just under Mr. ▬▬ chin. Officer Park then gave Mr. ▬▬ a warning to stop resisting or OC would be used against him. Officer Park showed Mr. ▬▬ the OC Spray can in his hand and was holding it away from Mr. ▬▬ face.

Mr. ▬▬ did not respond, and OC was applied. During the application you can see that the OC spray was brought very close to his eyes.

Mr. ▬▬ continued to resist officers attempting to place him into handcuffs but was eventually taken into custody. Sergeant ▬▬▬ assisted in placing Mr. ▬▬ into handcuffs and stated to Mr. ▬▬ that he was under arrest. Once he was placed into handcuffs Officer ▬▬▬ placed gloves on and completed a search of Mr. ▬▬

Medical was called for Mr. ▬▬ who sat on the ground. Mr. ▬▬ continued to yell and call Officer Park a "dumb fuck." Mr. ▬▬ made several statements about not doing anything wrong.

Mr. ▬▬ was attended to by EMS. There are several more minutes of footage that are not relevant to this investigation.

**<u>Officer Kevin Park body camera footage:</u>**

Officer Park's body camera footage started when he arrived at the corner of Mountain and College Ave. to assist the other officers on scene already. When he arrived, he stood behind Officer ▬▬ and Officer ▬▬▬ who were in contact with Mr. ▬▬ and Mr. ▬▬

Officer Park pulled out his ticket book and handed it to Officer ▬▬▬ who walked a short distance away and began writing a ticket. Officer Park walked over with Officer ▬▬▬ You can see Mr. ▬▬ walking from where Officer ▬▬ was speaking with Mr. ▬▬ walk up to Officer Park.

Mr. ▬▬ started talking, and Officer Park asked Mr. ▬▬ if he could give them a second. Mr. ▬▬ stated that the other officer was helping them and asked if Officer Park could help him. Officer Park stated that he would help him as soon as they were done. Mr. ▬▬ asked, "what is going on." And Officer Park stated, "please give us some space."

Officer Park repeatedly asked Mr. ▬▬ to give him and Officer ▬▬▬ some space. Officer Park asked Mr. ▬▬ to back up. Officer Park continued to ask Mr. ▬▬ to back up and Mr. ▬▬ asked again about what was going on. Officer Park stated that he didn't know what was going on and that he just wanted Mr. ▬▬ to step back.



Mr. ███ made a statement about his rights and Officer Park mentioned that he didn't have rights about what was going on currently. Officer Park then asked Mr. ███ if he wanted to get a ticket and Mr. ███ backed away asking if Officer Park was serious. Mr. ███ then made the statement that Officer Park could at least be respectful. Officer Park made another statement about helping Mr. ███ when they were done and Mr. ███ stated, "help me out dude."

Officer Park told Mr. ███ that he was not there for Mr. ███ but was there for the officer writing the ticket. While Mr. ███ was talking, Officer Park walked away from Mr. ███ a few steps and turned away from him, disengaging from any further conversation.

Mr. ███ then continued to attempt to interact with Officer Park, who took his phone out of a pocket and looked at it briefly before putting it away. Mr. ███ became more belligerent in what he was saying to Officer Park and stated that he pays taxes and owned his own business.

Mr. ███ then made the statement, "you looked away from me because you have no balls. That's right, no fucking balls, cause you can't talk to me man to man." Officer Park did not respond, and Mr. ███ continued to attempt to get Officer Park to talk to him.

Mr. ███ then began to talk about three males that were in a disturbance and had pushed down the female that was with them. Officer Park continued to not respond, until Mr. ███ had walked closer to them and then Officer Park asked him to move further away.

Mr. ███ became more upset. Officer ███ asked Mr. ███ for his phone number, and he refused to provide it. Mr. ███ stated that his address was enough information for what they needed, and that he owned his own business and didn't have time for "this shit."

Officer ███ informed Mr. ███ that based on what the informant had stated that he was going to get a citation for Third Degree Trespass. Mr. ███ immediately asked what it was for and seemed upset about receiving a citation.

Mr. ███ repeatedly asked what he was getting the citation for and refused to take the copy that Officer ███ had in his hand. Mr. ███ backed away and stated he wasn't going to sign it, and Officer ███ stated he did not have to sign it.

Mr. ███ then stated that Officer ███ could keep his ID, and that he would get it next week. Mr. ███ backed further away stating it was "bullshit," and that he wasn't taking the ticket.



Officer Park then pointed at the citation and told Mr. ▮▮▮▮ that if he didn't take the ticket that it was still going to be turned in, and there would be a warrant for his arrest when he didn't show up for court.

Mr. ▮▮▮▮ then approached Officer Park and stated, "I'll fucking show up cause I have a client that is an attorney and will take your shit." Officer Park reached out with the pink citation copy in his right hand and began placing it toward Mr. ▮▮▮▮ left front jacket.

Mr. ▮▮▮▮ responded by stating "no" repeatedly and backing away from Officer Park until he physically backed into the First Bank building. Officer Park continued to walk forward holding out the copy of the citation, and he told Mr. ▮▮▮▮ it was his copy. At the same time Mr. ▮▮▮▮ stated, "are you serious right now."

After backing up to the building, Mr. ▮▮▮▮ attempted to turn away from Officer Park and turned to his left, raising his right hand up. It appeared that Officer Park grabbed Mr. ▮▮▮▮ by his jacket and as Mr. ▮▮▮▮ attempted to turn and walk away from Officer Park. Officer Park pulled on the jacket which caused Mr. ▮▮▮▮ to turn in the opposite direction, lose his balance and almost fall to the ground.

Mr. ▮▮▮▮ regained his balance and continued to back away from Officer Park again and stated, "are you serious." Mr. ▮▮▮▮ then backed toward the building and appeared to almost fall backwards into the wall. In the video you can see that Officer Park was close to Mr. ▮▮▮▮ After what appeared to be a scuffle, Mr. ▮▮▮▮ is seen on the ground with officers attempting to gain control of his arms.

Officer Park attempted to gain control of Mr. ▮▮▮▮ right arm, as Mr. ▮▮▮▮ began to resist officers and spin around on the ground onto his back.

The video is blocked during some of the actions made by Officer Park, and a female voice can be heard in the background stating, "▮▮▮▮ stop."

Officer Park then stated, "stop resisting, OC!" You can then see in the video that Mr. ▮▮▮▮ was lying on his back on the ground, Officer Park had his right hand on Mr. ▮▮▮▮ jacket and forearm across Mr. ▮▮▮▮ upper check and just below his chin. It does not appear that Officer Park applied any pressure to Mr. ▮▮▮▮ neck.

Officer Park then stated, "comply or force will be used against you, comply, turn over." On the video you can see a person had knelt next to Mr. ▮▮▮▮ in an attempt to calm him down. Mr. ▮▮▮▮ stated one last time, "are you serious."

After several seconds, the video captured an application of OC to Mr. ▮▮▮▮ face. Mr. ▮▮▮▮ continued to struggle briefly with officers. Officer Park continued to tell Mr. ▮▮▮▮ to stop resisting.

While being placed into handcuffs you can hear Sergeant Mark ▮▮▮▮ tell Mr. ▮▮▮▮ that he was under arrest. Mr. ▮▮▮▮ then stated that he didn't do anything.



After Mr. ███ was taken into custody Officer Park spoke with Cpl. ███ ███ who had arrived on scene. Officer Park told Cpl. ███ that Mr. ███ kept encroaching on them, and that he was running his mouth. Officer Park stated they tried to serve him the summons and that Mr. ███ wouldn't take it, and that Officer Park tried to give it to him.

The video showed officers standing by while Mr. ███ was treated by EMS after they arrive on scene. Officer Park eventually muted his camera and spoke at length with Cpl. ███.

Officer Park unmuted his camera and re-contacted Mr. ███ at the ambulance. Mr. ███ was informed that he was under arrest for resisting arrest and escorted by Officer Park to a marked police vehicle. Mr. ███ made the statement that he didn't' do anything wrong and that Officer Park is the one that threw him on the ground.

Officers had Mr. ███ sit in the police car and offered him a seat belt. Officer Park muted his camera again and spoke with Officer ███ and Cpl. ███ ███.

## WITNESS INTERVIEWS

### Interview with Officer ███.

I interviewed Officer ███ on November 29,2020 in the Internal Affairs Office. The interview was recorded. Officer ███ was reminded of the case and the date and time that it occurred on August 29th, 2021, at approximately 1:40 am. Officer ███ stated that he was working overtime assisting the Downtown officers.

I asked what Officer ███ remembered about working that night and he stated that it was very busy call to call downtown, and that he was only scheduled to help out during the busiest time, from about 9pm to 2am.

I then talked about Officer ███ being dispatched to the trespass call at Brothers Bar at around 1:40am with Officer ███. I confirmed with Officer ███ that he contacted Mr. ███ as a suspect and spoke with him, I asked Officer ███ to describe the interaction that he had. Officer ███ stated that he attempted to explain to Mr. ███ why he was contacting him, and that Mr. ███ acted very defensive and confused as to why he was being talked to by police.

I asked Officer ███ why he thought that Mr. ███ was having a hard time understanding what was going on and Officer ███ stated that he believed Mr. ███ to be intoxicated. I asked if there were any other signs that told Officer ███ that Mr. ███ was intoxicated and he stated that it was his behavior and demeanor, along with his avoidance of questions he was being asked. Officer ███ did state



that he kept his distance and did not smell on odor of an alcoholic beverage coming from Mr. ██████.

I asked Officer ████████ if while he was in contact with Mr. ██████ he ever felt threatened by his behavior. Officer ██████████ stated not at first, but that Mr. ██████ was more verbally uncooperative. Officer ██████████ told me that he had initially asked Mr. ██████ to move away from the crowd so that he could talk to him, and that Mr. ██████ had refused. Later, in the contact Officer ██████████ stated that while he was writing the ticket Mr. ██████ started to get closer to him. Which was a little more physically threatening than he had been initially.

I asked Officer ██████████ if he thought Mr. ██████ was aware that he was being written a summons. Officer ██████████ stated that he thought Mr. ██████ would be aware that he was getting a summons as he had his Identification and was writing.

I then asked if Officer Park knew that Mr. ██████ was the person that Officer ██████████ was writing the ticket to, and Officer ██████████ stated yes that Officer Park was aware that Mr. ██████ was the one getting the summons.

I discussed what Officer ██████████ remembered about the interaction between Officer Park and Mr. ██████ while Officer ██████████ was writing the summons. Officer ██████████ stated that he felt Officer Park was doing his job as a good cover officer watching out for him as he was writing the ticket. Officer ██████████ stated that he heard Officer Park ask Mr. ██████ to step back a few times while he was writing the summons.

I asked if Officer ██████████ had heard Mr. ██████ come up to try and ask Officer Park a question while he was writing the summons and Officer ██████████ stated that he did not hear that interaction, he just remembered being focused on writing the summons and hearing the few times that Officer Park had asked Mr. ██████ to step back.

I asked Officer ██████████ what he was writing the initial summons for, and Officer ██████████ stated that it was for Third Degree Trespass into Municipal Court. We discussed what level of citation that was, and that it was a Petty Offense in County Court and a basic Misdemeanor into Municipal Court.

I then asked Officer ██████████ if in his experience he had ever had anyone refuse to accept a summons from him before. Officer ██████████ stated that he had not, especially one that low of a level. He was not prepared for it to be an issue.

I asked Officer ██████████ what he was thinking after Mr. ██████ became upset over the ticket and was refusing to accept it. Officer ██████████ stated that he was initially going to have Mr. ██████ sign the ticket and then when he refused, he was just hoping to personally serve him his copy. As Mr. ██████ continued to refuse to accept the ticket Officer ██████████ stated that he wasn't sure if they were going to have to detain him or what the next step might be if he continued to refuse it. Officer ██████████ stated that was what he was thinking when Officer Park stepped in.



I asked what Officer ██████ thought of how Officer Park stepped in. Officer ██████ stated that Officer Park had more experience than he did and worked downtown, so he felt that Officer Park had a plan.

I asked Officer ██████ to tell me what he remembered about the physical interaction that occurred between Officer Park and Mr. ████ after Officer Park attempted to serve the summons to him. Officer ██████ stated that he remembered Mr. ████ backing away from Officer Park and that Mr. ████ tried to push Officer Park's hand away and walk away, and that was when Officer Park grabbed a hold of Mr. ████. Officer ██████ stated that after that he couldn't remember how it happened, but that Officer Park and Mr. ████ ended up on the ground and so did he. I asked if Officer ██████ could remember how they ended up on the ground and he stated that he just remembered a quick tussle and then they were on the ground, but that he couldn't remember how it happened.

I asked Officer ██████ where he ended up after they went to the ground and Officer ██████ stated he ended up on Mr. ████ left side with Mr. ████ being on his stomach initially. Then Officer ██████ remembered that Mr. ████ arm was very tensed, and that Mr. ████ was attempting to reach under his body which made Officer ██████ very nervous. Officer ██████ stated that Mr. ████ was able to turn his body over to face upward at officers, and that was when he heard Officer Park give the use of force warnings for OC.

I asked Officer ██████ if he saw the application of OC to Mr. ████. Officer ██████ stated that he did see the beginning of it before he looked away. Officer ██████ described it as being applied right over Mr. ████ eyes and nose, and at a very close range to Mr. ████ face.

I asked if Officer ██████ remembered if anyone had informed Mr. ████ that he was under arrest initially, and Officer ██████ stated he remembered someone telling Mr. ████ he was under arrest after they had him in handcuffs.

**Second Interview with Officer ██████**

I recontacted Officer ██████ and asked if he could call me as I had one more question for him. I asked Officer ██████ if during his interactions with Mr. ████ he had ever explained or told Mr. ████ that he was not free to leave and / or was being detained for the investigation. Officer ██████ stated that he did not tell Mr. ████ that he was not free to leave. I recorded the phone conversation.

**Interview with Officer ██████.**

I interviewed Officer ██ on December 3, 2021, in the Internal Affairs Office. The interview was recorded, I explained that Officer ██ was a witness in the case. Officer ██ stated that he remembered the case in questions.

17



I asked Officer ███ how long he had been a police officer and he stated a little over four years and that he had been assigned to the District One office since the previous May 2021.

I asked Officer ███ to talk about the case in question and what he remembered. Officer ███ was able to recall the events of the case and how they came to contact Mr. ███ and Mr. ███ at the corner of Mountain and College Ave. by the gyro cart.

Officer ███ stated that he made contact with Mr. ███ and Officer ███ made contact with Mr. ███ Officer ███ stated that Mr. ███ was not cooperative during the contact and refused to provide his ID making the contact take longer and be more complicated.

Officer ███ explained to me how he re-contacted the informant and was able to get probable cause to cite both Mr. ███ and Mr. ███ for Third Degree Trespass.

Officer ███ described that he was talking to Mr. ███ and trying to issue a summons, and it was also mentioned that the female with them had been possibly assaulted. During the conversation Officer ███ stated that Mr. ███ admitted that they had been on the roof of Brothers Bar.

While he was continuing to have the conversation with Mr. ███ and his girlfriend, Officer ███ stated that he though he remembered seeing something out of the corner of his eye to his left. When he turned to his left he saw Mr. ███ pulling away from Officer Park, and Officer Park was attempting to go hands on with him.

Officer ███ stated that he went to assist and attempted to get a hold of an arm of Mr. ███ Officer ███ stated that Mr. ███ was then spun down to the ground. Officer ███ stated that it wasn't clear if Mr. ███ took himself to the ground or if Officer Park had a hand on him and completed a take down. Officer ███ stated that he only saw that Officer Park had one hand on Mr. ███ so wasn't exactly sure what was done to take Mr. ███ to the ground.

Officer ███ stated that he never really got control in any way of Mr. ███ Officer ███ stated that he remembered that after Mr. ███ went to the ground that he looked up and Mr. ███ and his girlfriend have come closer but were not interfering on what was going on. Officer ███ then began assisting again with Mr. ███ who was resisting. Officer ███ remembered that Officer ███ was attempting to control an arm along with Officer Park, so he began assisting in controlling Mr. ███ legs.

Officer ███ stated that he heard Officer Park give the use of force warning for the OC spray and he remembered that he turned his head away to minimize his exposure. Officer ███ remembered the OC application, and then remembered that officers were able to get control of Mr. ███ who now had OC spray on his face.



Officer ▮▮ also remembered that other officers had arrived on scene to assist. Once the situation was stabilized Officer ▮▮ remembered that medical was called to assist as a female who had been nearby had gotten OC spray in her eyes as well.

Officer ▮▮ then stated that he went with Officer ▮▮▮ and Mr. ▮▮ who had been detained in handcuffs, back to the D1 office to complete the summons. Officer ▮▮ stated that Mr. ▮▮ was released from the D1 office after being served the citation.

I asked Officer ▮▮ if he felt Mr. ▮▮ was intoxicated that night. Officer ▮▮ stated that Mr. ▮▮ was verbally uncooperative and that he failed to follow directions and didn't want to provide his identification.

I asked Officer ▮▮ to clarify what he remembered seeing when he turned and saw Officer Park and Mr. ▮▮ Officer ▮▮ stated that he saw Mr. ▮▮ with food in his hand and he thought that Officer Park had something in his other hand, but that Officer Park had a hand on Mr. ▮▮ and it appeared as if Mr. ▮▮ was attempting to get away from Officer Park.

I then asked Officer ▮▮ to think back to how he thought Mr. ▮▮ ended up on the ground. I asked him to describe the momentum he discussed earlier and what he remembered. Officer ▮▮ described Mr. ▮▮ pulling away toward the First Bank building, he stated that from his recollection it wasn't super-fast but that he couldn't see what Officer Park was doing since he was on the other side of Mr. ▮▮

I asked Officer ▮▮ if he could tell if Mr. ▮▮ was resisting officers. Officer ▮▮ stated that he observed Mr. ▮▮ looked like he was resisting officer as he was turning his body to face upward, while officers were attempting to place him on his stomach.

Officer ▮▮ remembered that officers gave commands to Mr. ▮▮ but he was not sure who was giving commands. Officer ▮▮ also stated that he did not see the actual application as he turned his head after he heard the warning for OC.

After Mr. ▮▮ was in custody, he responded to the D1 office to finish issuing a summons to Mr. ▮▮ and didn't have any further contact with Mr. ▮▮

**Interview with Lieutenant ▮▮ ▮▮**

I interviewed Lieutenant ▮▮ ▮▮ due to his demonstrated knowledge as a Lead Defensive Tactics Instructor for Fort Collins Police Services. The interview was conducted on November 30th in the Internal Affairs office.

Lieutenant ▮▮ watched the body camera footage from Officer Park, Officer ▮▮ and Officer ▮▮ After he was allowed to view the footage, I began the recorded interview.



The first event that I asked Lieutenant ███ about was a suspected takedown used on Mr. ███. Mr. ███ had backed away from officers and into the 1st Bank building. The use of a takedown on Mr. ███ had not been documented in blue team or in reports but after viewing the body worn camera footage Internal Affairs believed that it appeared as if a takedown had been attempted and or completed.

I asked Lieutenant ███ if after watching the videos if he could tell whether a takedown was performed on Mr. ███. Lieutenant ███ stated on the video he had observed that Officer Park had his hand on the back of Mr. ███ neck and his other hand on his jacket. Lieutenant ███ stated that he observed that Mr. ███ had forward momentum that was created and it resulted with him landing on the ground. In his opinion it appeared that the officers had been attempting to control Mr. ███ and that Mr. ███ ended up on the ground. The momentum and movement downward indicated officers intended to take him to the ground.  In his opinion a takedown was performed on Mr. ███.

After Mr. ███ was taken to the ground by officers, he then began to resist their efforts to take him into custody. This resulted in the use of OC spray by Officer Kevin Park. Lieutenant ███ had also watched the application of the OC spray that was captured on the body worn camera footage.

I asked Lieutenant ███ if the use of the OC spray was within training guidelines and policy. Lieutenant ███ stated that he felt the use of OC was applicable in that instance because there was defensive resistance that was offered by Mr. ███. Lieutenant ███ went on to explain that when OC is sprayed from the canister there is a minimum distance that it can be applied which is three feet. Lieutenant ███ went on to explain that applying it directly from the canister closer than three feet could potentially cause serious bodily injury through something called the hydraulic needling effect, which is where the particulates from the spray can become embedded in the eyeball.

Lieutenant ███ stated that in the video he observed that Officer Park gave the appropriate warnings for the use of OC, and is holding the OC canister an appropriate distance away from Mr. ███ but when the OC is actually applied it is moved closer to Mr. ███ face and the distance he observed would be outside of training for someone who is only offering defensive resistance. Lieutenant ███ explained that if Mr. ███ had been demonstrating aggravating active aggression towards the officers, they would have been justified in using the OC spray at a closer range since they would have been at risk of serious bodily injury or death. Lieutenant ███ stated that the OC was applied outside of training in this case since it was inside of three feet.

I then asked Lieutenant ███ if there were other techniques or tactics that he would have recommended or would have been appropriate if the officers could not get the needed distance to safely apply the OC Spray to Mr. ███. Lieutenant ███ stated that there were several other options to apply the OC as it could still be effective. Lieutenant ███ stated that they train to apply the OC spray to a hand and then wipe it over the persons face and eyes as it will be effective. Lieutenant ███ stated that an

20



officer can also spray it on the ground near a person's face and it may splash up into their eyes and be effective.

Lieutenant ████ stated that on the ground you also have a high likelihood of secondary exposure or cross contamination when OC is used in a situation like the one observed. Those would be the downsides of using the OC spray in that manner.

I asked Lieutenant ████ if there was anything that I didn't ask about that he would like to add. Lieutenant ████ stated that he noted the head push that he had witnessed on the video. He stated that it appeared the head of Mr. ████ was being pushed down into the ground by an officer's hand. Lieutenant ████ stated it was a takedown but was not something that was trained and not utilized in that way. The only way we would do a technique close to that was when someone was actively coming at an officer, and they needed to utilize a sprawl technique.

## SUBJECT OFFICER INTERVIEW

### Interview with Officer Kevin Park:

The interview with Officer Park was conducted on December 8,2021, in the Chiefs Conference room. Officer Park had Attorney ████ ██ with him as his representative and Sergeant ██ ████ was also present during the interview as well. The interview was audio recorded only.

I explained the case information and read Garrity to Officer Park, he had no questions, and he signed the Garrity form along with Mr. ████ as a witness.

I asked Officer Park if he could remember and talk about his involvement in the call on the night in question.

Officer Park stated that he responded to Brothers Bar on the call, and he discovered that everyone had already left that location, so he responded to Mountain and College to assist Officer's ████ and ████ Officer Park stated that he was unaware that they were in contact with the suspects from the Brothers Bar trespass call.

Officer Park stated that as Officer ████ was writing the summons he went over to cover him.

I asked Officer Park if he was aware that the male, Mr. ████ that walked up to him and Officer ████ was involved in the call, and that he was the one that was being written the summons. Officer Park stated that he was not aware at that time the male was a suspect in the call, Officer Park thought the male had walked over from the food cart that was nearby and that he was just curious about what was going on. Officer Park stated that was why he just told the male to give them some space.



I clarified with Officer Park that he didn't engage or speak to the male about what was going on because he wasn't aware that Mr. ███ was actually involved in the situation. Officer Park stated that was correct.

I asked Officer Park if he thought he would have engaged more with Mr. ███ and have attempted to answer his questions if he knew he was involved. Officer Park stated, probably.

I asked Officer Park at what point he knew that Mr. ███ was involved, and Officer Park stated it wasn't until Officer ████ attempted to serve Mr. ███ the summons he had been writing that he realized he was involved.

I then asked Officer Park how long he had worked downtown and how long he had been a cop. Officer Park stated he had been downtown about a year and a half and a cop for about three years. I then asked Officer Park how many times he had attempted to serve a summons that someone refused to take. I asked what he did in those instances when in the past someone has refused. Officer Park stated that nine times out of ten he attempts to just hand them the ticket, and that usually they take it.

I clarified that he would hold out the ticket and they would take it, and he stated that they would take it, although they would sometimes just throw it away, or rip it up. He agreed that even if they did rip it up that was on them and not in his control.

I then asked Officer Park to talk to me about his decision to attempt to hand Mr. ███ the copy of the ticket, how that went and the decisions that he made after that.

Officer Park stated that he remembered that when Officer ████ attempted to serve the summons that Mr. ███ backed away and stated something like, fuck you I'm not taking it. Officer Park mentioned that he remembered that Mr. ███ stated something like you can keep my driver's license as well.

Officer Park stated he took the copy and went to hand it to Mr. ███ and that Mr. ███ backed away from him, as Officer Park followed him, he attempted to put the citation into his pocket and that was when things went south.

I asked Officer Park to describe to me how things went south. I described the situation to Officer Park again and told him that Mr. ███ had backed away when Officer ████ had attempted to serve the summons, and then when Officer Park confronted him about the ticket being turned in anyway, that Mr. ███ had approached him closer. That was when Officer Park initially attempted to hand him the ticket. I asked Officer Park to be specific in his decision making and thought process in deciding to hand Mr. ███ the ticket and then deciding to go hands on.

Officer Park stated he thought he was going to do his normal process and hand him the ticket. Officer Park stated that Mr. ███ had his hands up so he thought he would put it in his pocket. Officer Park stated that as Mr. ███ turned, he batted his hand away and pushed off as if he was going to run. Officer Park stated that when Mr.



████ made contact with his hand, he grabbed onto Mr. ████ because he wasn't free to go.

Officer Park stated that he grabbed onto Mr. ████ and he began to fight. Officer Park stated that they fell back against the building and then stated that he fell back against the building, and that they went down to the ground. Officer Park stated that it happened really fast.

I asked Officer Park if he remembered that he grabbed Mr. ████ by his jacket, and he stated that he didn't remember.

I then asked Officer Park if he could go through what actions he remembered happening that resulted in them going to the ground. Officer Park stated that he didn't remember exactly how they ended up on the ground. Officer Park stated it felt like they fell to the ground and Officer Park mentioned that Mr. ████ was fighting really hard.

Officer Park stated that after ending up on the ground that he was trying to keep Mr. ████ on his belly, but that he kept rolling onto his back. Officer Park stated that he told Mr. ████ several times to stop resisting and told him that from the time that he went hands on with him. Officer Park also remembered that he pulled out his OC and gave use of force warnings.

Officer Park stated that he gave several warnings, and that he had his OC out and he was looking down at Mr. ████ Officer Park stated that Mr. ████ just stared at him. Officer Park then stated that he has been injured fighting with a subject in almost those exact circumstances. Officer Park was concerned that someone was going to get hurt, so that was why he used OC.

I asked Officer Park to describe to me the first time that he felt Mr. ████ was fighting with him or offering resistance. Officer Park stated that he felt that immediately after going hands on that Mr. ████ was resisting him as he was pulling away from him.

I asked Officer Park to describe the type of resistance he was getting from Mr. ████ and asked if Mr. ████ was actively trying to fight or if he was being more defensive in his actions and just not complying with what they wanted him to do. Officer Park stated it was hard to know what was going on in Mr. ████ mind, and that it happened very fast. Officer Park stated that in the moment it felt like he was trying to get away from them.

I asked Officer Park if he remembered attempting a takedown on Mr. ████ or if he remembered grabbing onto a part of Mr. ████ in an attempt to pull him down to the ground. Officer Park stated he did not remember that. I asked about how they ended up on the ground. I asked if Mr. ████ collapsed and fell or what he remembered about that situation. Officer Park stated that he remembered falling into the building and that he then remembered going forward over him. Officer Park stated he wasn't sure if he pushed off the building or was just trying to stand up. I asked Officer Park if he considered it a takedown and he stated that he did not conduct a takedown.



I asked further about the use of OC Spray and why Officer Park utilized it. I asked why he used the OC Spray so close to his face. Officer Park stated that he didn't want to give him any more space so that Mr. ███ couldn't continue to resist. Officer Park then mentioned that he didn't have space to give him the one foot that was needed.

I asked Officer Park if he ever told Mr. ███ that he was under arrest, and he stated that he never told Mr. ███ that. Officer Park could also not remember if anyone told Mr. ███ that he was under arrest.

I then asked about the initial interaction with Mr. ███ and asked if he ever felt physically threatened. Officer Park stated that was one reason he moved to the other side of Officer ███ was when Mr. ███ kept standing closer. I commented that this would put Mr. ███ closer to Officer ███ who was writing the ticket. This would not be a good position for Officer Park if he was truly trying to cover Officer ███ while he was writing the ticket. Officer Park mentioned that was a good point.

Officer Park stated that is hindsight maybe Officer ███ should have written the ticket in his vehicle.

I then asked Officer Park if there was anything that I hadn't asked that he would like to speak to, or anything he would like to add. Officer Park stated that he had nothing further to say. No one else in the room had any questions.

## SUMMARY AND CONCLUSION

Internal Affairs received a complaint regarding the interaction between Officer Kevin Park and Mr. ███ ███ that occurred on August 29, 2021. According to the complaint Mr. ███ was contacted on Petty Offense Trespass charges, and after he provided identification, he refused to accept the citation.

Mr. ███ was informed that a warrant could be issued for his arrest, and he continued to refuse the citation. In the complaint it stated that Mr. ███ was charged by Officer Park – forcing him to retreat backwards. Officer Park then aggressively shoved the citation into Mr. ███ chest and then grabbed his jacket and shoved Mr. ███ to the pavement without any provocation. Officer Park also applied mace (Oleoresin Capsicum spray) to Mr. ███ face and eyes. According to the complaint letter Mr. ███ suffered scrapes, bruises, and burns to his face from the OC. The complaint alleged excessive and unnecessary force and the impact of the behavior on the rights and safety of the Fort Collins Community.

Internal Affairs evaluated the body worn camera footage, officer reports and interviews, to include an interview with a defensive tactics lead instructor, in evaluating the case.



Internal Affairs first evaluated the beginning of the contact with Mr. ███.

According to Officers ███ and ██████ they contacted two males at College and Mountain Ave near the gyro stand. The males were pointed out to them by an informant who alleged that they were trespassing on rooftops at Brothers Bar. Upon contacting the suspects, ███ ██ and █████ ██ both males were intoxicated and verbally resistive with the officers. Both suspects refused to initially provide identification and appeared to be intoxicated.

Officer ████ who was talking with Mr. █████ was able to develop enough information from the informant to cite both with Third Degree Trespass. Officer ███ began writing Mr. ████ a citation for that charge. Third Degree Trespass is a Petty Offense in County Court and a Misdemeanor in Municipal Court.

Officer Park arrived on the scene just as the decision was being made to cite the suspects. Officer Park gave Officer ████████ his ticket book and walked with him away from the crowd so that a ticket could be written for Mr. █████.

As they moved away, Mr. █████ approached and attempted to speak with Officer Park, asking what was going on. Officer Park told Mr. █████ to stand back and that he would assist him after they were done. Mr. ████ attempted several times to get Officer Park to interact with him, and Officer Park turned away from Mr. █████ and ignored his requests. Mr. ██████ appeared to become upset by Officer Park's actions and became very verbally abusive, at one point telling Officer Park that he had no balls. Officer Park told Mr. █████ a few more times to back up, and Mr. █████ did comply with the requests.

According to Officer Park he was unaware that Mr. █████ was involved in the case, and that Officer ████████ was writing Mr. █████ the citation. Officer Park stated in his interview that he thought Mr. █████ was just someone from the food stand attempting to ask what the police were up to, and that is why he kept the interaction so short and refused to speak with Mr. ████. I asked Officer Park if he would have interacted more with Mr. █████ had he been aware he was the one being issued the citation, and Officer Park stated, probably.

If Officer Park had been more willing to speak with Mr. ██████ Internal Affairs believes that more compliance and willingness from Mr. █████ could have been gained. When Officer ████████ asked for Mr. █████ phone number he refused to provide it, Mr. █████ was also verbally uncooperative when Officer ████████ attempted to serve the citation. Internal Affairs believes that Mr. █████ was upset over the way he felt he had been treated by Officer Park and that there was an opportunity that was missed to develop a much better interaction.

Although Officer Park was unaware that Mr. █████ was directly involved, it is not out of the question or unsafe for a cover officer to interact with citizens that approach and ask questions. Officer Park, through his behavior and actions, caused a poor interaction to develop between officers and Mr. █████ Officer Park admitted in his interview that in moving away from Mr. █████ he placed Mr. █████ closer to the officer



that he was supposed to be covering. Not only did Officer Park fail to interact with a citizen in a positive manner, he also did not do a good job of providing cover for the other officer like he was supposed to.

The summons for Mr. ███ was completed and Officer ███████ had a copy of the summons and Mr. ███ Identification in his hand. Officer ███████ who is a much newer officer, admitted in his interview that he had never had anyone refuse to accept a summons. Officer ███████ was unsure if Mr. ███ needed to be detained, or what other steps could be taken.

Before Officer ███████ was able to take a course of action, Officer Park decided to attempt to hand Mr. ███ his copy of the summons. In talking with Officer Park, he stated that in the past he had been successful in just handing a summons to someone who had refused to accept it, including putting the summons in a person's pocket. Officer Park stated that the person would normally take it from him, and then even if they ripped it up or threw it away, he would consider that they had been served.

Internal Affairs evaluated the use of force:

When Internal Affairs asked Officer Park to explain his decision to go hands on with Mr. ███ he made the statement that Mr. ███ was not free to leave. Officer Park stated that after not taking the summons Mr. ███ pushed his hand away and appeared to be about to run away. Officer Park stated that was why he went hands on. When talking to Officer Park he didn't seem to remember that he had grabbed Mr. ███ by his jacket and pulled him hard back towards him.

In speaking with Officer ███████ Internal Affairs asked if he had at any time explained to Mr. ███ that he was not free to leave based on the fact he was a suspect in an investigation. Officer ███████ stated that at no time did he tell Mr. ███ that he was not free to leave. The citation had been completed, Mr. ███ had already been identified, and officers had his identification.

Officers were in possession of Mr. ███ identification, and a summons had already been completed, and the charges were minor. Mr. ███ was not a threat to Officer Park or anyone else requiring that he continue to be detained in any way.

The body worn camera footage from Officer ███████ clearly showed that Officer Kevin Park attempted to hand Mr. ███ the ticket, and Mr. ███ backed away from Officer Park with both hands in the air. Officer Park did not stop but made the decision to pursue Mr. ███ as he walked backwards causing Mr. ███ to back into the First Bank building.

When Mr. ███ continued to attempt to get away from Officer Park it is clear in Officer ███████ body worn camera footage at 14:18 that Mr. ███ turned away from Officer Park and does attempt to brush his hand away that is holding the citation. In watching the video this did not appear to have been done in an attempt to assault the



officer but appeared to be incidental contact as Mr. ▇▇▇ continued to attempt to get away from Officer Park's efforts to hand him the citation.

Seconds later, Officer Park can clearly be seen grabbing onto Mr. ▇▇▇ jacket and pulling Mr. ▇▇▇ the opposite direction, causing Mr. ▇▇▇ to lose his balance and almost fall to the ground. Officer Park does not inform Mr. ▇▇▇ to stop, or that he is under arrest before grabbing onto Mr. ▇▇▇ Once he grabbed onto Mr. ▇▇▇ it appeared that Mr. ▇▇▇ continued to attempt to get away from Officer Park before being taken down to the ground. This can be seen in Officer ▇▇▇ body worn camera footage (▇▇▇ at 14:24, where Officer Park can be seen holding onto Mr. ▇▇▇ jacket, but you can see that Officer Park has his other hand on the back of Mr. ▇▇▇ neck. Mr. ▇▇▇ can then be seen being pushed towards the ground.

Once on the ground Mr. ▇▇▇ became upset, and then refused to cooperate with police and began to physically resist their efforts to take him into custody. Those actions result in Officer Park then using OC spray to resolve the resistance and place Mr. ▇▇▇ into custody.

Officers had the opportunity and availability of other tactics to issue the summons to Mr. ▇▇▇ The summons and ID could have been placed on the ground for him to pick up, or his ID could have been logged into safekeeping. More conversation should have been attempted. Once the summons was completed Mr. ▇▇▇ was free to leave, and no use of force was authorized.

Internal Affairs also considered Fort Collins Police Services Policies as they relate to use of physical force.

Fort Collins Police Services Policy 300 – Response to Resistance, Section 300.3 Use of Physical Force states that (a) Officers must apply nonviolent means, when possible, before resorting to the use of physical force.

Internal Affairs does not believe that all the available non–violent means had been attempted prior to the use of force.

Fort Collins Policy 300.5: Factors used to determine the reasonableness of physical force and deadly physical force states that there are several factors that should be considered before using physical force on a subject. They include:
(a) The availability and effectiveness of nonviolent means.
(b) Immediacy and severity of the threat to innocent people and officers.
(c) The conduct of the subject, as reasonably perceived by the officer at the time.
(i) The seriousness of the suspected offense or reason for contact with the individual.
(m) The risk and reasonable foreseeable consequences of escape.

There are several other factors that can be considered. The facts show that Mr. ▇▇▇ was contacted appropriately by Fort Collins Police as a suspect in a trespass case. Although he was verbally uncooperative at times, he did provide his identification



to police. An opportunity was potentially lost by not engaging with Mr. ▓▓▓ when he approached officers with questions. A citation was completed, and Mr. ▓▓▓ refused to accept the citation. Officer Park chose to attempt to hand Mr. ▓▓▓ the summons and then pursued him, in an attempt to force the summons on Mr. ▓▓▓ Mr. ▓▓▓ responded to this action by retreating backwards. Mr. ▓▓▓ continued to attempt to retreat and was never informed he was not free to leave. Officer Park chose to use physical force on Mr. ▓▓▓ grabbing him by the jacket, then taking him to the ground and applying OC spray when Mr. ▓▓▓ became resistive to officers on the ground.



1.   Expectations of Conduct, Policy 340.3 Conduct that May Result in Discipline
   • (m) Use of unnecessary force in the performance of duty or the mental or physical abuse of any person in custody.

Officer Park arrived to assist officers while they were completing their investigation into a Third-Degree Trespass case. Officer Park covered Officer ▓▓▓ while he wrote Mr. ▓▓▓ a ticket. Officer Park refused to interact with Mr. ▓▓▓ when he walked up with questions. Regardless of whether or not Officer Park was aware of the fact that Mr. ▓▓▓ was involved or not doesn't matter, Officer Park could have answered, or at the very least interacted with Mr. ▓▓▓ even if he didn't have all of the answers.

I believe that Officer Park could have found alternate means to issue the summons and should have recognized that Mr. ▓▓▓ had already been identified. The citation was for a low-level offense and there was no harm in allowing Mr. ▓▓▓ to leave the area. By using physical force when it was not necessary it shines a negative light on police interactions with the public. The public trusts officers to make good decisions and judgement as to when to use physical force and to know when it is necessary and when it can be avoided.



2.   Expectations of Conduct, Policy 340.3 Conduct that May Result in Discipline
   • (r) Any conduct by an employee on or off-duty that tends to impair the effectiveness, efficiency, or morale of the Agency, may cause the public to lose confidence in the police department, violates the public trust or negatively affects the reputation of the Agency or any employee.



Lieutenant Sara Lynd
Fort Collins Police Services

**FINAL FINDINGS:**

1. Expectations of Conduct, Policy 340.3 Conduct that May Result in Discipline
   (m) Use of unnecessary force in the performance of duty or the mental or physical abuse
   of any person in custody.   **FINDING:  Exonerated**

2. Expectations of Conduct, Policy 340.3 Conduct that May Result in Discipline
   (r) Any conduct by an employee on or off-duty that tends to impair the effectiveness,
   efficiency, or morale of the Agency, may cause the public to lose confidence in the police
   department, violates the public trust or negatively affects the reputation of the Agency or
   any employee.  **FINDING:  Exonerated**