IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02187-KAS

ANDRU KULAS,

    Plaintiff,

v.

CITY OF FORT COLLINS,
KEVIN PARK, Fort Collins Police Officer, in his individual capacity, and
AVERY HANZLICEK, Fort Collins Police Officer, in his individual capacity,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    Due to a scheduling conflict,

    IT IS HEREBY **ORDERED** that the Scheduling Conference set for October 26, 2023, at 10:00 a.m. is **VACATED** and **RESET** to **October 25, 2023**, at **10:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that, **no later than October 18, 2023**, the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.

    IT IS FURTHER **ORDERED** that the deadline to file the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction [#3] is extended to **October 18, 2023**.

    Dated: September 20, 2023