IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-02187-CNS-KAS

Andru Kulas,
    Plaintiffs.

v.

City of Fort Collins,
Kevin Park, Fort Collins Police Officer, in his individual capacity, and
Avery Hanzlicek, Fort Collins Police Officer, in his individual capacity,
    Defendants.

## DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Defendants, City of Fort Collins, Kevin Park, and Avery Hanzlicek, through their undersigned counsel, Hall & Evans, LLC, hereby submit the following as their Unopposed Motion for Leave to Exceed Page Limits:

### CERTIFICATE OF CONFERRAL

Undersigned Counsel certifies he conferred with Plaintiff's Counsel. Plaintiff does not object to the requested relief. Therefore, this Motion is unopposed.

### CERTIFICATE RE: ARTIFICIAL INTELLIGENCE ("AI")

Counsel for Defendant hereby certifies that no portion of this filing was drafted by AI.

1. This matter arises out the August 29, 2021 arrest of Plaintiff Andru Kulas.

2. Plaintiff asserts claims for false arrest, arrest without probable cause, and excessive force pursuant to the Fourth Amendment and C.R.S. §13-21-131, against all

Defendants, as well as a claim for retaliation under the First Amendment against former FCPS Officer Kevin Park.  The claims stem from Mr. Kulas' refusal to accept a citation and summons for trespassing, his fight with Fort Collins Police Officers, his failure to obey lawful commands, and an application of Oleum Capsicum spray ("OC" or "pepper spray"). All Defendants seek summary judgment for the claims against them.

3. The Defendants intend on filing a Motion for Summary Judgement, on July 21, 2025.

4. Despite efforts to trim down the statement of facts presented at the Notice of Intent Hearing, as well as the resulting arguments, the Defendants still require an additional 14-pages beyond the presumptive page limit for the Motion for Summary Judgment.

5. The extension is necessary in order to address the five claims against the three Defendants, including an argument seeking qualified immunity for the individual Defendants, and an argument against any claim for failure to intervene against Officer Hanzlicek.

6. Additionally, the fact section alone, consists of 11 pages addressing the three separate crimes Plaintiff was charged with as well as the use of force to effectuate his arrest.

WHEREFORE, the Defendants request the Court grant their Motion, and allow leave to file a Motion for Summary Judgment in excess of the presumptive page limit, by 14-pages.

Respectfully submitted this 21st day of July 2025.

s/ *Mark S. Ratner*
Mark S. Ratner, Esq.
Edmund M. Kennedy, Esq.
John F. Peters, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300, Denver, CO 80202
303-628-3300 /Fax: 303-628-3368
ratnerm@hallevans.com
kennedye@hallevans.com
petersj@hallevans.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 21st day of July 2025, a true and correct copy of the foregoing **DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS** was filed with the Court via CM/ECF and served on the below-listed party by email:

Sarah Schielke, Esq.
sarah@lifeandlibertylaw.com

Matthew Haltzman, Esq.
matthew@haltzmanlaw.com

*s/ Sarah Stefanick*