IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-CV-02187-CNS-KAS

ANDRU KULAS,

    Plaintiff,

v.

CITY OF FORT COLLINS,
KEVIN PARK, in his individual capacity, and
AVERY HANZLICEK, in his individual capacity,

    Defendants.

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT [ECF 61] IN EXCESS OF PAGE LIMITATIONS

Plaintiff Andru Kulas by and through his attorney, file this *Unopposed Motion for Leave to File Response to Defendants' Motion for Summary Judgment [ECF 61] in Excess of Page Limitations,* and in support of the same respectfully states as follows:

1. Defendants filed a Motion for Summary Judgment [ECF 61] on July 22, 2025.

2. The Court granted the Defendants' unopposed motion for leave to exceed the page limit by 13 pages in their *Motion for Summary Judgment*.

3. Plaintiff similarly requires additional pages beyond the 20-page limit to competently draft his *Response*.

4. Plaintiff seeks 15 additional pages to permit adequate space to add in his additional undisputed material facts, and so that he has the space needed to argue the factual and legal bases underlying his *Monell* claim.

1

5. Conferral: Counsel has conferred with counsel for Defendant and is authorized to state that they do not oppose the relief requested herein.

6. Undersigned counsel attempted to file this yesterday, August 28, 2025. After a phone call to the Court, counsel learned that PACER/ECF was down majority of the day.

WHEREFORE Plaintiff respectfully request the Court's leave to exceed the 20-page limitation, by up to 15 pages (for a total of 35 pages) for his *Response to Defendants' Motion for Summary Judgment* [ECF 61].

Respectfully submitted this 28th day of August, 2025.

THE LIFE & LIBERTY LAW OFFICE

/s/ Sarah Schielke
Sarah Schielke
The Life & Liberty Law Office LLC
1055 Cleveland Avenue
Loveland, CO 80537
P: (970) 493-1980
F: (970) 797-4008
E: sarah@lifeandlibertylaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

This is to certify that on August 28, 2025 a true and accurate copy of the foregoing *Motion* has been sent to the following parties by PACER/ECF:

Mark Ratner
ratnerm@hallevans.com
*Attorney for Defendants*

/s/ Madie Baskin