# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-02187-CNS-KAS

Andru Kulas,
    Plaintiffs.

v.

Kevin Park, Fort Collins Police Officer, in his individual capacity, and
Avery Hanzlicek, Fort Collins Police Officer, in his individual capacity,
    Defendants.

---

### DEFENDANTS' <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO ALTER COURT RULING (ECF 95)

---

Defendants, Kevin Park and Avery Hanzlicek and non-party City of Fort Collins, through their undersigned counsel, Hall & Evans, LLC, submit the following **Unopposed** Motion for Extension of Time to File Response to Plaintiff's Motion to Alter Court Ruling (ECF 95):

### CERTIFICATE OF CONFERRAL

Undersigned Counsel certifies he conferred with Plaintiff's Counsel. Plaintiff does not object to the requested relief. Therefore, this Motion is <u>unopposed</u>.

### CERTIFICATE RE: ARTIFICIAL INTELLIGENCE ("AI")

Counsel for Defendants certifies that no portion of this filing was drafted by AI.

1. This matter arises from the August 29, 2021 arrest of Plaintiff Andru Kulas.

2. This matter is currently set for trial on July 20, 2026.

3. Defendants, Kevin Park and Avery Hanzlicek have filed a Notice of Appeal.

4.   On February 19, 2026, Plaintiff filed a Motion to Alter the Court's Ruling on the Defendants' Motion for Summary Judgment (ECF 95) ("Motion").

5.   A Response to the Motion is due today, March 12, 2026.

6.   On March 6, 2026, the parties engaged in mediation with the 10th Circuit Court of Appeals.  As a result of the mediation, the Parties have reached a *tentative* resolution of the matter.

7.   The resolution is tentative, because it needs to be approved by the Fort Collins City Council.  An executive session with the City Council has been set for April 7, 2026.

8.   In order to avoid the unnecessary expenditure of fees and costs, the Defendants request an additional 30-days or until April 11, 2026 to file a Response to the Motion.[1]

9.   A copy of this Motion has been sent to undersigned's clients.

WHEREFORE, the Defendants request the Court grant their Motion, and order any Response to Plaintiff's Motion to Alter Judgement be filed on or about April 11, 2206.

Respectfully submitted this 12th day of March 2026.

s/ *Mark S. Ratner*
Mark S. Ratner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300, Denver, CO 80202
303-628-3300 /Fax: 303-628-3368
ratnerm@hallevans.com
**ATTORNEYS FOR DEFENDANTS**

---

[1] April 11th is a Saturday.

2

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 12th day of March 2026, a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO ALTER COURT RULING (ECF 95)** was filed with the Court via CM/ECF and served on the below-listed party by email:

Sarah Schielke, Esq.
sarah@lifeandlibertylaw.com

Matthew Haltzman, Esq.
matthew@haltzmanlaw.com

Kevin Park
Avery Hanzlicek
City of Fort Collins
Via email

*s/ Sarah Stefanick*

3