IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02187-CNS-KAS

ANDRU KULAS,

       Plaintiff,

v.

KEVIN PARK,
AVERY HANZLICEK,

       Defendants.

---

**UNOPPOSED MOTION TO DISMISS ACTION AND CLOSE CASE**

---

Plaintiff Andru Kulas moves to dismiss his claims against all Defendants, and in support of the same, respectfully states as follows:

1. Plaintiff and Defendants have reached a complete settlement in this matter.

2. Plaintiff moves for the case and all claims to be dismissed, with prejudice, with each party to pay its own costs and attorney fees, and the case to be closed.

Respectfully submitted this 11th day of May, 2026, by:

          **THE LIFE & LIBERTY LAW OFFICE**

          *s/ Sarah Schielke*
          Sarah Schielke
          1055 Cleveland Avenue
          Loveland, CO 80537
          P: (970) 493-1980
          F: (970) 797-4008
          E: sarah@lifeandlibertylaw.com
          *COUNSEL FOR PLAINTIFF*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/EMF system, which will send notification of such filing to the following email addresses:

Mark S. Ratner, Esq.
Robert A. Weiner, Esq.
1001 17th Street, Suite 300
Denver, CO 80202
303-628-3300/Fax: 303-628-3368
ratnerm@hallevans.com
weinerr@hallevans.com
*ATTORNEYS FOR DEFENDANTS*

and I hereby certify that I have mailed or served the document or paper to the following non-CMF/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name: N/A

*s/ Sarah Schielke*